## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STEVEN BURDA,

          Petitioner

          v.

ALLA KORENMAN,

          Respondent

:  No. 244 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal and the Application for Leave to Proceed *In Forma Pauperis* are **DENIED**.